## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Christine M. Arguello

Civil Action No. 12-cv-01892-CMA-BNB

LUCY REGALADO,

    Plaintiff,

v.

AVAYA, INC., a/k/a AVAYALIVE INC.,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Plaintiff's Motion to Dismiss (Doc. # 22), it is hereby

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay her or its own costs and attorneys' fees.

DATED: January  09 , 2013

                              BY THE COURT:

                              *(signature)*

                              CHRISTINE M. ARGUELLO
                              United States District Court Judge