IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 12-cv-01892-CMA-BNB

LUCY REGALADO,

    Plaintiff,

v.

AVAYA, INC., a/k/a AVAYALIVE INC.,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

    Pursuant to Plaintiff's Motion to Dismiss (Doc. # 22), it is hereby

    ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay her or its own costs and attorneys' fees.

    DATED:  January  09 , 2013

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Court Judge